# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
§
MEXI PRODUCE § Case No. 08-06509
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/19/2008. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 3,755.80

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 8.51 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 3,747.29 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/31/2009 and the deadline for filing governmental claims was 08/31/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 938.95 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 938.95 , for a total compensation of $ 938.95 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.08 , for total expenses of $ 6.08 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2014       By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-06509 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MEXI PRODUCE | | | Date Filed (f) or Converted (c): | 03/19/08 (f) |
| | | | | 341(a) Meeting Date: | 04/18/08 |
| For Period Ending: 02/10/14 | | | | Claims Bar Date: | 08/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 2.58 | | 2.58 | FA |
| 2. BUSINESS DAY TO DAY OPERATION | 400.00 | 0.00 | | 0.00 | FA |
| 3. LASALLE BANK 135 S. LASALLE ST.CHICAGO, IL 60603 | 51.69 | 0.00 | | 0.00 | FA |
| 4. NORTH DEVELOPMENT LTD. 110 NORTH YORK ROSD ELMHURS | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. LAROSITA 8170 E 21 ST INDIANAPOLIS IN 46219 | 8,859.14 | 0.00 | | 0.00 | FA |
| 6. EL GALLO 5108 W. FULLERTON AVE. CHICAGO IL 60639 | 1,578.60 | 0.00 | | 0.00 | FA |
| 7. EL CHOLITO 1332 S. 51 AVE CICERO IL 60804 | 4,365.10 | 0.00 | | 0.00 | FA |
| 8. SEGUNDO PUSO 710 FORAN LANE AURORA IL 60506 | 5,889.00 | 0.00 | | 0.00 | FA |
| 9. SAN MAREOS 113 S. MAIN ST. GOSHEN, IN 46526 | 6,247.00 | 0.00 | | 0.00 | FA |
| 10. LA CHICTUITA 627 LINCOLNWOOD EAST GOSHE IN 46526 | 17,458.83 | 0.00 | | 0.00 | FA |
| 11. TRUCK F 650 FORD | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 12. TWO COMPUTERS | 400.00 | 0.00 | | 0.00 | FA |
| 13. SURVELIENCE CAMERAS - TWO | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. PHONES-6 | 50.00 | 0.00 | | 0.00 | FA |
| 15. 2 DESKS | 100.00 | 0.00 | | 0.00 | FA |
| 16. FREEZER | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. RACKETES | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. OTHER MISCELLANEOUS (u) | 1,553.22 | 1,553.22 | | 1,553.22 | FA |
| TOTALS (Excluding Unknown Values) | $117,452.58 | $3,755.80 | | $3,755.80 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-06509   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | MEXI PRODUCE | Date Filed (f) or Converted (c): 03/19/08 (f) |
| | | 341(a) Meeting Date: 04/18/08 |
| | | Claims Bar Date: 08/31/09 |

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 10/31/09     Current Projected Date of Final Report (TFR): 01/12/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

Case No: 08-06509 -TAB
Case Name: MEXI PRODUCE

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******9669 Checking Account

Taxpayer ID No: *******9471
For Period Ending: 02/10/14

Blanket Bond (per case limit) $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,750.28 | | 3,750.28 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | | 2300-000 | | 2.99 | 3,747.29 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,750.28 | 2.99 | 3,747.29 |
| Less: Bank Transfers/CD's | 3,750.28 | 0.00 | |
| Subtotal | 0.00 | 2.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2.99 | |

Page Subtotals 3,750.28 2.99

UST Form 101-7-TFR (5/1/2011) (Page: 5)
LFORM24
Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

Case No: 08-06509 -TAB
Case Name: MEXI PRODUCE
Taxpayer ID No: *******9471
For Period Ending: 02/10/14

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5249 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/08 | 18 | Commonwealth Edison Company P.O. Box 805379 Chicago, IL 60680-5379 | REFUND CHECK COMED | 1290-000 | 1,553.22 | | 1,553.22 |
| 04/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.25 | | 1,553.47 |
| 05/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.19 | | 1,553.66 |
| 06/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.20 | | 1,553.86 |
| 07/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.20 | | 1,554.06 |
| 08/29/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.19 | | 1,554.25 |
| 09/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.19 | | 1,554.44 |
| 10/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.15 | | 1,554.59 |
| 11/28/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.12 | | 1,554.71 |
| 12/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 1,554.80 |
| 01/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,554.81 |
| 02/27/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,554.82 |
| 03/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,554.83 |
| 04/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,554.86 |
| 05/29/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.90 |
| 06/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.94 |
| 07/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.98 |
| 08/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.02 |
| 09/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.06 |
| 10/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.10 |
| 11/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.14 |
| 12/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.18 |
| 01/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,555.22 |
| 02/04/10 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 1.27 | 1,553.95 |

Page Subtotals 1,555.22 1.27

UST Form 101-7-TFR (5/1/2011) (Page: 6)
LFORM24

Ver: 17.04c

Case 08-06509 Doc 48 Filed 02/20/14 Entered 02/20/14 16:27:55 Desc Main
Document Page 7 of 13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 08-06509 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MEXI PRODUCE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5249 BofA - Money Market Account |
| Taxpayer ID No: | *******9471 | | |
| For Period Ending: | 02/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,553.99 |
| 03/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.03 |
| 04/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.07 |
| 05/28/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.11 |
| 06/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.15 |
| 07/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.19 |
| 08/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.23 |
| 09/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.27 |
| 10/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.31 |
| 11/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.35 |
| 12/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.39 |
| 01/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,554.43 |
| 02/07/11 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 1.24 | 1,553.19 |
| 02/28/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.20 |
| 03/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.21 |
| 04/29/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.22 |
| 05/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.23 |
| 06/30/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.24 |
| 07/29/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.25 |
| 08/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.26 |
| 09/30/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,553.27 |
| 10/05/11 | 11 | Michael Radzilowskiy on Behalf of Mexi Produce Law Offices of Michael Radzilowski 123 W. Madison Street, #1500 Chicago, IL 60602 | Sale of Scheduled Asset | 1129-000 | 2,200.00 | | 3,753.27 |
| 10/31/11 | 1 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,753.29 |

Page Subtotals  2,200.58  1.24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 08-06509 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MEXI PRODUCE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5249 BofA - Money Market Account |
| Taxpayer ID No: | *******9471 | | |
| For Period Ending: | 02/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | Transfer to Acct #*******5655 | Final Posting Transfer | 9999-000 | | 3,753.29 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,755.80 | 3,755.80 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,753.29 | |
| Subtotal | 3,755.80 | 2.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,755.80 | 2.51 | |

Page Subtotals   0.00   3,753.29

UST Form 101-7-TFR (5/1/2011) (Page: 8)    Ver: 17.04c
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 08-06509 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | MEXI PRODUCE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5655  BofA - Checking Account |
| Taxpayer ID No: | *******9471 | | |
| For Period Ending: | 02/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5249 | Transfer In From MMA Account | 9999-000 | 3,753.29 | | 3,753.29 |
| 02/29/12 | 003001 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 3.01 | 3,750.28 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,750.28 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,753.29 | 3,753.29 | 0.00 |
| Less: Bank Transfers/CD's | 3,753.29 | 3,750.28 | |
| Subtotal | 0.00 | 3.01 | |
| Less  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9669 | 0.00 | 2.99 | 3,747.29 |
| BofA - Money Market Account - ********5249 | 3,755.80 | 2.51 | 0.00 |
| BofA - Checking Account - ********5655 | 0.00 | 3.01 | 0.00 |
| | 3,755.80 | 8.51 | 3,747.29 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,753.29    3,753.29

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 17.04c

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 10, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 08-06509<br>Debtor Name: MEXI PRODUCE | | | Claim Number Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,950.00 | $2,950.00 |
| 001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $77.91 | $77.91 |
| 000<br>2200-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $6.08 | $6.08 |
| 000<br>2100-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $938.95 | $938.95 |
| 000001<br>070<br>7100-00 | ComEd Company<br>Attn Bankruptcy Section<br>Revenue Management<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $0.00 | $692.42 | $692.42 |
| 000002A<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., #7-400<br>Chicago, IL 60601 | Unsecured | | $0.00 | $1,082.00 | $1,082.00 |
| 000002B<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., #7-400<br>Chicago, IL 60601 | Priority | | $0.00 | $4,875.00 | $4,875.00 |
| 000003<br>070<br>7100-00 | Junior Produce<br>2541 S. Damen Ave.<br>Chicago, IL 60608 | Unsecured | | $0.00 | $35,372.02 | $35,372.02 |
| 000004A<br>080<br>7300-00 | Illinois Dept. of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Unsecured | | $0.00 | $50.00 | $50.00 |
| 000004B<br>040<br>5800-00 | Illinois Dept. of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Priority | | $0.00 | $466.41 | $466.41 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $8.51 | $8.51 |
| | Case Totals: | | | $0.00 | $46,519.30 | $46,519.30 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-06509
Case Name: MEXI PRODUCE
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

| Balance on hand | $ | 3,747.29 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 938.95 | $ 0.00 | $ 938.95 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 6.08 | $ 0.00 | $ 6.08 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,950.00 | $ 0.00 | $ 2,730.16 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 77.91 | $ 0.00 | $ 72.10 |
| Other: International Sureties, Ltd. | $ 8.51 | $ 8.51 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 3,747.29 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,341.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Revenue Bankruptcy Section | $ 4,875.00 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Dept. of Employment Security | $ 466.41 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,064.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ 692.42 | $ 0.00 | $ 0.00 |
| 000003 | Junior Produce | $ 35,372.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,132.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue Bankruptcy Section | $ 1,082.00 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Dept. of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |