# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT   **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| MEXI PRODUCE | § § | Case No. 08-06509 TAB |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> KENNETH S. GARDNER
> CLERK OF THE COURT
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/19/2014 in Courtroom 613,

> United States District Court
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: See attached Certificate of Notice

*R. SCOTT ALSTERDA, TRUSTEE*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (10/1/2010) *(Page 1)*

# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
MEXI PRODUCE § Case No. 08-06509 TAB
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,755.80 |
| and approved disbursements of | $ | 8.51 |
| leaving a balance on hand of[1] | $ | 3,747.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 938.95 | $ 0.00 | $ 938.95 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 6.08 | $ 0.00 | $ 6.08 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,950.00 | $ 0.00 | $ 2,730.16 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 77.91 | $ 0.00 | $ 72.10 |
| Other: International Sureties, Ltd. | $ 8.51 | $ 8.51 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,747.29 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,341.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Revenue Bankruptcy Section | $ 4,875.00 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Dept. of Employment Security | $ 466.41 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $    0.00

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,064.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ 692.42 | $ 0.00 | $ 0.00 |
| 000003 | Junior Produce | $ 35,372.02 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,132.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue Bankruptcy Section | $ 1,082.00 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Dept. of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $     0.00

Remaining Balance     $     0.00

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA, TRUSTEE
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-06509-TAB
Mexi Produce                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: corrinal              Page 1 of 2              Date Rcvd: Feb 25, 2014
                                Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2014.
```
db         +Mexi Produce,    2332 South Blue Island,    Chicago, IL 60608-4314
12061473   +Allied Waste Services,    P.O. Box 9001154,    Louisville, KY 40290-1154
12061475   +Auster Company,    2404 S. Wolcott Ave. Units 32-33,    Chicago, IL 60608-5344
12061476    Banco Popular,    P.O. Box 690547,    Orlando, FL 32869-0547
12061478   +Castillo Brothers,    4269 W. Ann Lurie Place,    Chicago, IL 60632-3921
12061481    El Campo SlemPreVerde,    Carrelera Federal Emealme A Xalaeu,    KM4S San Juan Acozala Los reyes de,
             Juares Pve CP 75410
12061482    El Poco Tortilleria,    1854 W. 21st.,    Chicago, IL 60608
12061483   +Enriquez Produce,    2420 Blue Island Ave.,    Chicago, IL 60608-4104
12061484   +Fresh Kamp Inc/Juan E Vallejo Pedra,    2501 W North Avenue,    Chicago, IL 60647-5201
15474600   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
12061485   +Illinois Department of Revenue Bankruptcy Section,    100 W. Randolph St., #7-400,
             Chicago, IL 60601-3218
12061487    J L Gonzalez,    2404 S. Wolcott Suites 567,    Chicago, IL 60608
12061488   +Junior Produce,    2541 S. Damen Ave.,    Chicago, IL 60608-5206
12061489   +LaGalera Produce,    2404 S. Wolcott Ave. Units 29130,    Chicago, IL 60608-5300
12061490   +Little Farms,    14315 Belshow Road,    Lowell, IN 46356-9643
12061493   +Metro,    3364 S. Archer Ave.,    Chicago, IL 60608-6810
12061494   +Mex Flavor,    1440 S. Oakland Ave.,    Villa Park, IL 60181-3439
12061496    Nico Mexi-Food Inc.,    4115 Wosden Ave.,    Chicago, IL 60623
12061497    North Development LTD,    110 North York Road,    Carol Stream, IL 60125
12061499   +Ortiz Produce,    P.O. Box 7624,    Romeoville, IL 60446-0624
12061500    People's Gas (In Father's Name),    130 e. Randolph Drive,    Chicago, IL 60601-6207
12061502    Rancho Santiago Emeatve ubicado en,    Mexico, SanJuan Acozac, Pueblu KMS,
             delacarretera Federal 140,    delemputve u Jalaeu veraer
12061503   +South Water Market,    2525 South Blue Island,    Chicago, IL 60608-4819
12061504    Suez Energy c/oStuart Allen & Assoc,    5447 E. Fifth St., Suite 110,    Tucson, AZ 85711-2345
12061505   +Troung Enterprise,    2550 South Leavit St.,    Chicago, IL 60608-5214
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12061474   +E-mail/Text: g17768@att.com Feb 26 2014 01:20:04      AT & T,    P.O. Box 769,
             Arlington, TX 76004-0769
12100462   +E-mail/Text: legalcollections@comed.com Feb 26 2014 01:22:23      ComEd Company,
             Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12061479   +E-mail/Text: legalcollections@comed.com Feb 26 2014 01:22:23      Commonwealth Edison,
             P.O. Box 87522,    Chicago, IL 60680-0522
12061486    E-mail/Text: cio.bncmail@irs.gov Feb 26 2014 01:20:21      IRS,    Department of Treasury,
             Cincinnati, OH 45999-0012
12061495    E-mail/Text: appebnmailbox@sprint.com Feb 26 2014 01:21:01      Nextell,
             2001 Edmond Alley Drive 4th Floor,    Reston, VA 20191
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Ungaretti & Harris LLP
12061472        Adelaydo Rayo
12061477        Carmichael
12061492        Manuel Alcala
12061480*      +Commonwealth Edison,    P.O. Box 87522,    Chicago, IL 60680-0522
12061498*       North Development LTD,    110 North York Road,    Carol Stream, IL 60125
12061501*       People's Gas (In Father's Name),    130 e. Randolph Drive,    Chicago, IL 60601-6207
12061491     ##+Loeras Fresh Produce,    2501 W. Military Hwx,,    Suite C - 43-144,    Mcallen, TX 78503-8910
                                                                                      TOTALS: 4, * 3, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 2 of 2                Date Rcvd: Feb 25, 2014
                              Form ID: pdf006             Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2014 at the address(es) listed below:

```
          Michael   Radzilowsky    on behalf of Debtor   Mexi Produce mike@radzilowsky.com
          Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda    rsalsterda@uhlaw.com,    ralsterda@ecf.epiqsystems.com
          Tejal S. Desai    on behalf of Creditor    North Development, Ltd. tdesai@frltd.com,
           blanglois@llflegal.com
          Tejal S. Desai    on behalf of Debtor   Mexi Produce tdesai@frltd.com,   blanglois@llflegal.com
                                                                                             TOTAL: 7
```