UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MEXI PRODUCE § Case No. 08-06509
§
§
          Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

Case 08-06509   Doc 55   Filed 05/07/14   Entered 05/07/14 14:29:02   Desc Main
Document   Page 2 of 12

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>　CHAPTER 7 ADMIN. FEES<br>　AND CHARGES<br>　(from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>　ADMIN. FEES AND<br>　CHARGES (from **Exhibit 5**) | | | | |
| 　PRIORITY UNSECURED<br>　CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　4)　This case was originally filed under chapter　　on　　　　. The case was pending for　　months.

　　5)　All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　Dated: _____　By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000004B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMED COMPANY | | | | | |
| 000003 | JUNIOR PRODUCE | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000004A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 08-06509 Doc 55 Filed 05/07/14 Entered 05/07/14 14:29:02 Desc Main
Document Page 6 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-06509 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | MEXI PRODUCE | | | | Date Filed (f) or Converted (c): | 03/19/08 (f) |
| | | | | | 341(a) Meeting Date: | 04/18/08 |
| For Period Ending: | 04/10/14 | | | | Claims Bar Date: | 08/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 2.58 | | 2.58 | FA |
| 2. BUSINESS DAY TO DAY OPERATION | 400.00 | 0.00 | | 0.00 | FA |
| 3. LASALLE BANK 135 S. LASALLE ST.CHICAGO, IL 60603 | 51.69 | 0.00 | | 0.00 | FA |
| 4. NORTH DEVELOPMENT LTD. 110 NORTH YORK ROSD ELMHURS | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. LAROSITA 8170 E 21 ST INDIANAPOLIS IN 46219 | 8,859.14 | 0.00 | | 0.00 | FA |
| 6. EL GALLO 5108 W. FULLERTON AVE. CHICAGO IL 60639 | 1,578.60 | 0.00 | | 0.00 | FA |
| 7. EL CHOLITO 1332 S. 51 AVE CICERO IL 60804 | 4,365.10 | 0.00 | | 0.00 | FA |
| 8. SEGUNDO PUSO 710 FORAN LANE AURORA IL 60506 | 5,889.00 | 0.00 | | 0.00 | FA |
| 9. SAN MAREOS 113 S. MAIN ST. GOSHEN, IN 46526 | 6,247.00 | 0.00 | | 0.00 | FA |
| 10. LA CHICTUITA 627 LINCOLNWOOD EAST GOSHE IN 46526 | 17,458.83 | 0.00 | | 0.00 | FA |
| 11. TRUCK F 650 FORD | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 12. TWO COMPUTERS | 400.00 | 0.00 | | 0.00 | FA |
| 13. SURVELIENCE CAMERAS - TWO | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. PHONES-6 | 50.00 | 0.00 | | 0.00 | FA |
| 15. 2 DESKS | 100.00 | 0.00 | | 0.00 | FA |
| 16. FREEZER | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. RACKETES | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. OTHER MISCELLANEOUS (u) | 1,553.22 | 1,553.22 | | 1,553.22 | FA |

TOTALS (Excluding Unknown Values) $117,452.58 $3,755.80 $3,755.80

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-06509   TAB   Judge: TIMOTHY A. BARNES | Trustee Name:   R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | MEXI PRODUCE | Date Filed (f) or Converted (c):   03/19/08 (f) |
| | | 341(a) Meeting Date:   04/18/08 |
| | | Claims Bar Date:   08/31/09 |

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 10/31/09      Current Projected Date of Final Report (TFR): 01/12/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-06509 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | MEXI PRODUCE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9669 Checking Account |
| Taxpayer ID No: | *******9471 | | |
| For Period Ending: | 04/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,750.28 | | 3,750.28 |
| 03/07/13 | 030001 | International Sureties, Ltd. | | 2300-000 | | 2.99 | 3,747.29 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/21/14 | 030002 | R. SCOTT ALSTERDA AS TRUSTEE | Trustee Expenses | 2200-000 | | 6.08 | 3,741.21 |
| | | 3500 Three First National Plaza | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/21/14 | 030003 | R. SCOTT ALSTERDA AS TRUSTEE | Trustee Compensation | 2100-000 | | 938.95 | 2,802.26 |
| | | 3500 Three First National Plaza | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/21/14 | 030004 | Ungaretti & Harris LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,730.16 | 72.10 |
| | | 3500 Three First National Plaza | | | | | |
| | | 70 W. Madison | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/21/14 | 030005 | Ungaretti & Harris LLP | Attorney for Trustee Expenses (Trus | 3120-000 | | 72.10 | 0.00 |
| | | 3500 Three First National Plaza | | | | | |
| | | 70 W. Madison | | | | | |
| | | Chicago, IL 60602 | | | | | |

| | COLUMN TOTALS | 3,750.28 | 3,750.28 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 3,750.28 | 0.00 | |
| | Subtotal | 0.00 | 3,750.28 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 3,750.28 | |

Page Subtotals 3,750.28 3,750.28

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-06509 -TAB | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MEXI PRODUCE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5249  BofA - Money Market Account |
| Taxpayer ID No: | *******9471 | | | |
| For Period Ending: | 04/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/08 | 18 | Commonwealth Edison Company P.O. Box 805379 Chicago, IL 60680-5379 | REFUND CHECK COMED | 1290-000 | 1,553.22 | | 1,553.22 |
| 04/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.25 | | 1,553.47 |
| 05/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.19 | | 1,553.66 |
| 06/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.20 | | 1,553.86 |
| 07/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.20 | | 1,554.06 |
| 08/29/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.19 | | 1,554.25 |
| 09/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.19 | | 1,554.44 |
| 10/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.15 | | 1,554.59 |
| 11/28/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.12 | | 1,554.71 |
| 12/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 1,554.80 |
| 01/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,554.81 |
| 02/27/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,554.82 |
| 03/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,554.83 |
| 04/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,554.86 |
| 05/29/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.90 |
| 06/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.94 |
| 07/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.98 |
| 08/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.02 |
| 09/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.06 |
| 10/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.10 |
| 11/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.14 |
| 12/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.18 |
| 01/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,555.22 |
| 02/04/10 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 1.27 | 1,553.95 |

Page Subtotals      1,555.22      1.27

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06509 -TAB | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MEXI PRODUCE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5249  BofA - Money Market Account |
| Taxpayer ID No: | *******9471 | | | |
| For Period Ending: | 04/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,553.99 |
| 03/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.03 |
| 04/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.07 |
| 05/28/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.11 |
| 06/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.15 |
| 07/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.19 |
| 08/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.23 |
| 09/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.27 |
| 10/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.31 |
| 11/30/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.35 |
| 12/31/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.39 |
| 01/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,554.43 |
| 02/07/11 | 000302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 1.24 | 1,553.19 |
| 02/28/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.20 |
| 03/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.21 |
| 04/29/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.22 |
| 05/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.23 |
| 06/30/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.24 |
| 07/29/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.25 |
| 08/31/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.26 |
| 09/30/11 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,553.27 |
| 10/05/11 | 11 | Michael Radzilowskiy<br>on Behalf of Mexi Produce<br>Law Offices of Michael Radzilowski<br>123 W. Madison Street, #1500<br>Chicago, IL 60602 | Sale of Scheduled Asset | 1129-000 | 2,200.00 | | 3,753.27 |
| 10/31/11 | 1 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,753.29 |

Page Subtotals     2,200.58     1.24

Ver: 17.05c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06509 -TAB | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MEXI PRODUCE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5249 BofA - Money Market Account |
| Taxpayer ID No: | *******9471 | | | |
| For Period Ending: | 04/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | Transfer to Acct #*******5655 | Final Posting Transfer | 9999-000 | | 3,753.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,755.80 | 3,755.80 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,753.29 | |
| Subtotal | 3,755.80 | 2.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,755.80 | 2.51 | |

Page Subtotals 0.00 3,753.29

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06509 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | MEXI PRODUCE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5655 BofA - Checking Account |
| Taxpayer ID No: | *******9471 | | |
| For Period Ending: | 04/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5249 | Transfer In From MMA Account | 9999-000 | 3,753.29 | | 3,753.29 |
| 02/29/12 | 003001 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 3.01 | 3,750.28 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,750.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,753.29 | 3,753.29 | 0.00 |
| Less: Bank Transfers/CD's | 3,753.29 | 3,750.28 | |
| Subtotal | 0.00 | 3.01 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9669 | 0.00 | 3,750.28 | 0.00 |
| BofA - Money Market Account - ********5249 | 3,755.80 | 2.51 | 0.00 |
| BofA - Checking Account - ********5655 | 0.00 | 3.01 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,755.80 | 3,755.80 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,753.29    3,753.29

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*